UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
MARCUS BLACK,

                         Plaintiff,                             20 **CIVIL** 8725 (PMH)

        -against-                                **<u>JUDGMENT</u>**

J. JOHNSON, Acting Superintendent,

                        Defendants.
--------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 9, 2024, he Court finds no clear error in Judge McCarthy's thorough and well-reasoned analysis, and adopts the R&R in its entirety for the reasons set forth therein. Consequently, the Petition is DENIED. Because reasonable jurists would not find it debatable that Petitioner has failed to demonstrate by a substantial showing that he was denied a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. Accordingly, the case is closed.

**Dated:**  New York, New York

        April 9, 2024

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**

                        **BY:**

                                     _____
                                         **Deputy Clerk**